UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DOWE SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>CALIFORNIA ATTORNEY GENERAL,<br><br>    Respondent. | 1:05-CV-00546-REC-TAG-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED PETITION<br>(Doc. 8) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 9, 2006, Petitioner filed a motion to extend time to file a Second-Amended Petition on the grounds that the facility where petitioner is presently incarcerated lacks an on-site law library. (Doc. 9, pp. 1-2). Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty (30) days from the date of service of this order in which to file his Second-Amended Petition.

IT IS SO ORDERED.

Dated: **February 17, 2006**                     **/s/ Theresa A. Goldner**
**j6eb3d**                                              UNITED STATES MAGISTRATE JUDGE